ALFRED MARULLI ET AL. *v.* WOOD FRAME
CONSTRUCTION COMPANY, LLC

The plaintiffs' petition for certification for appeal
from the Appellate Court, 124 Conn. App. 505 (AC
30795), is denied.

*John J. Carta, Jr.,* in support of the petition.

*Sean E. Donlan,* in opposition.

Decided February 17, 2011

KAREN B. SHAULSON *v.* DAVID A. SHAULSON

The defendant's petition for certification for appeal
from the Appellate Court, 125 Conn. App. 734 (AC
29978), is denied.

McLACHLAN, J., did not participate in the consider-
ation of or decision on this petition.

*Brendon P. Levesque* and *Karen L. Dowd,* in support
of the petition.

*Sarah E. Murray* and *Gaetano Ferro,* in opposition.

Decided February 17, 2011